In the Matter of the Arbitration between CATZ AMERICAN SALES CORPORATION, Respondent, and HOLLEB & Co., Appellant.

Argued May 18, 1948; decided June 4, 1948.

*David Bergner* and *Samuel H. Friedman* for appellant.
*Irving J. North* and *Otto C. Sommerich* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.